**Electronically Filed
Supreme Court
SCWC-19-0000261
03-OCT-2024
03:22 PM
Dkt. 15 OGAC**

SCWC-19-0000261

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LOYALTY DEVELOPMENT COMPANY, LTD.,
Respondent/Plaintiff-Appellee,

vs.

WALLACE S.J. CHING, individually and in his capacity
as a Director of Loyalty Development Company, Ltd.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000261; CIVIL NO. 16-1-1580)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Wallace S.J. Ching's
Application for Writ of Certiorari, filed on August 13, 2024, is
hereby accepted and will be scheduled for oral argument.  The
parties will be notified by the appellate clerk regarding
scheduling.

DATED: Honolulu, Hawai'i, October 3, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

